■ ESTEEVERED DJEDDAH, Respondent, v DANIEL TURK WILLIAMS, M.D., Appellant. [29 NYS3d 794]—

Order, Supreme Court, New York County (Alice Schlesinger, J.), entered May 18, 2015, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

On a prior appeal, this Court found that plaintiff raised issues of fact as to whether she suffered physical and psychological injuries proximately caused by defendant's failure to timely report her allegations of abuse by her father (89 AD3d 513, 514 [1st Dept 2011]). In this second motion for summary judgment, made after completion of discovery and after permission to file such motion was granted by the court, defendant relied on additional evidence in support of his motion (*see Kobre v United Jewish Appeal-Fedn. of Jewish Philanthropies of N.Y., Inc.*, 32 AD3d 218, 222 [1st Dept 2006], *lv denied* 7 NY3d 715 [2006]). Therefore, the law of the case doctrine did not bar consideration of the motion (*compare Kenney v City of New York*, 74 AD3d 630 [1st Dept 2010]).

Nevertheless, factual issues still exist as to whether defendant violated Social Services Law § 413 by failing to report plaintiff's allegations of abuse to the appropriate authorities, and whether such failure was a proximate cause of her claimed psychological and emotional injuries. Concur—Mazzarelli, J.P., Renwick, Saxe, Gische and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [29 NYS3d 794]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about August 19, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Saxe, Gische and Kahn, JJ.